___ FILED         ___ ENTERED
___ LODGED        ___ RECEIVED

FEB 2 1 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL C. CULLOM, JR., et al.,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM H. GATES, III, et al.,<br><br>Defendants. | CASE NO. C06-1573 MJP<br><br>ORDER |

The Court, having reviewed the Plaintiff's Complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiffs' motion for leave to proceed IFP is (Dkt. # 2) **DENIED** and their complaint (Dkt. #1) is **DISMISSED** without prejudice;

(3) The Clerk is directed to send a copy of this Order to Plaintiff, counsel for defendants, and the Hon. Monica J. Benton.

DATED this 21 day of Feb., 2007.

MARSHA J. PECHMAN
United States District Judge

ORDER
PAGE - 1

06-CV-01573-ORD